UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY B. TILLMAN, | ) | 1:10-cv—1893-LJO-SMS-HC |
| | ) | |
| Petitioner, | ) | ORDER NOTING PREVIOUS DISMISSAL |
| | ) | OF PETITIONER'S MOTION TO GRANT |
| | ) | THE WRIT AS MOOT (DOCS. 13, 17) |
| v. | ) | |
| | ) | |
| MENDOZ K. POWERS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner who proceeded in forma pauperis and pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 28, 2011, the Court adopted <u>in full</u> the Magistrate Judge's findings and recommendations to dismiss the petition without leave to amend and to dismiss Petitioner's motion to grant the writ of habeas corpus (doc. 12) as moot.

Accordingly, the motion to grant the writ of habeas corpus (doc. 12) has been dismissed as moot and is no longer pending.

IT IS SO ORDERED.

Dated:  July 5, 2011                    /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1